THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Joshua
 Weatherford, Appellant.
 
 
 

Appeal From Darlington County
James E. Lockemy, Circuit Court Judge
Unpublished Opinion No.  2009-UP-078
Submitted February 2, 2009  Filed
 February 11, 2009  
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Jay E. Hodge, Jr., for Respondent.
 
 
 

PER CURIAM:  Joshua
 Weatherford appeals his guilty plea to second-degree criminal sexual conduct with
 a minor and nine year sentence.  Weatherford argues his guilty plea did not
 comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 238
 (1969).  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1] 
APPEAL
 DISMISSED.  
SHORT,
 THOMAS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.